**MORTGAGE RECOVERY LAW GROUP LLP**
PAUL A. LEVIN (State Bar No. 229077)
LAUREN M. GIBBS (State Bar No. 251569)
700 North Brand Boulevard, Suite 830
Glendale, California 91203
TELEPHONE: (818) 630-7900 ♦ FACSIMILE: (818) 630-7920
e-mail:   paul.levin@mortgagerecoveries.com
              lauren.gibbs@mortgagerecoveries.com

**Attorneys for Plaintiff Federal Deposit Insurance
Corporation as Receiver for AmTrust Bank**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK | Case No. 2:15-cv-02507 JAM/KJN |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO ANSWER** |
| vs. | |
| FIRST PRIORITY FINANCIAL, INC., a California corporation, | |
| Defendant. | |

1    THE PARTIES HEREBY STIPULATE AND AGREE THAT Plaintiff Federal Deposit

2  Insurance Company as Receiver for AmTrust Bank may have a one-week extension, until March

3  21, 2016, to respond to Defendant First Priority Financial, Inc.'s Answer and Affirmative

4  Defenses, including, to file a motion to strike certain affirmative defenses.  No other extensions of

5  time have been sought.

6

7  DATED: March 11, 2016                    MORTGAGE RECOVERY LAW GROUP LLP

8

9                                          By:  /s/ Lauren M. Gibbs

10                                              Paul A. Levin
                                                Lauren M. Gibbs
11                                         Attorneys for Plaintiff Federal Deposit Insurance
                                           Corporation as Receiver for AmTrust Bank
12

13  DATED: March 11, 2016                    PATTON & SULLIVAN LLP

14

15                                         By:  /s/ Randy Sullivan (as authorized on 3/10/16)
                                                Randy Sullivan
16                                         Attorneys for Defendant First Priority Financial, Inc.

17

18

19

20

21

22

23

24

25

Joint Stipulation And [Proposed] Order To Extend Time To Respond To Answer

1

## <u>ORDER</u>

2

       Pursuant to the parties' stipulation, the Court makes the following order:

3

       Plaintiff Federal Deposit Insurance Company as Receiver for AmTrust Bank shall have

4

until March 21, 2016, to respond to Defendant First Priority Financial, Inc.'s Answer and

5

Affirmative Defenses, including, to file a motion to strike certain affirmative defenses.

6

7

     **IT IS SO ORDERED.**

8

9

Dated:  March 11, 2016                   /s/ John A. Mendez_____

10

                                 JOHN A. MENDEZ

11

                                 United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Joint Stipulation And [Proposed] Order To Extend Time To Respond To Answer