Randy Sullivan, Esq. (SBN 229326)
Meela V. Menon, Esq. (SBN 195435)
**PATTON & SULLIVAN LLP**
6600 Koll Center Parkway, Suite 250
Pleasanton, California 94566-8058
925-600-1800 Phone
925-600-1802 Fax
randy@pattonsullivan.com
meela@pattonsullivan.com

Attorneys for Defendant
First Priority Financial, Inc.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for AMTRUST BANK,<br><br>Plaintiff,<br><br>v.<br><br>FIRST PRIORITY FINANCIAL, INC., a California corporation,<br><br>Defendants. | Case No.   2:15-cv-02507 JAM/KJN<br><br>**ASSIGNED TO DISTRICT JUDGE JOHN A. MENDEZ AND MAGISTRATE JUDGE KENDALL J. NEWMAN**<br><br>JOINT STIPULATION TO EXTEND DISCOVERY AND DISCLOSURE OF EXPERT WITNESS DEADLINES AND ORDER EXTENDING DISCOVERY AND EXPERT DISCLOSURE DEADLINES<br><br>Complaint Filed:       December 2, 2015 |

NOW COME the parties by and through their Counsel of record and Stipulate to the following with respect to the extension of time with respect to discovery, thereby modifying the Court's Status (Pre-Trial Scheduling) Order of April 28, 2016:

1.   The parties have agreed to and have scheduled a mediation in this matter to be held on May 16, 2017 at 10:00 a.m.  The deadline for the expert witness disclosures under Federal Rules of Civil Procedure 26(a)(s) is currently May 12, 2017.

2.   In the interests of reducing the costs in fact and expert discovery in advance of the mediation, the parties respectfully request a modified discovery schedule.

3.   Upon agreement of the parties and with each party's consent, the parties respectfully request that the deadline to make expert witness disclosures shall be continued from

1  May 12, 2017 to June 16, 2017, and the time to disclose supplemental expert witnesses shall be

2  extended from June 2, 2017 to July 7, 2017.

3      4.    Upon agreement of the parties and with each party's consent, the parties

4  respectfully request that the general discovery deadline shall be extended from July 14, 2017 to

5  August 22, 2017.

6  Dated: _March 6, 2017_____      **MORTGAGE RECOVERY LAW GROUP LLP**

7

8      By: _/s/Lauren M. Gibbs (as authorized on 3/6/17)_
    Paul A. Levin
9      Lauren M. Gibbs
    Attorneys for Plaintiff
10     Federal Deposit Insurance Corporation as Receiver
    for AmTrust Bank
11

12 Dated: _March 7, 2017_____      **PATTON & SULLIVAN LLP**

13

14

15     By: ___/s/ Randy Sullivan_____
        RANDY SULLIVAN

16     Attorneys for Defendant
17     FIRST PRIORITY FINANCIAL, INC.

18

19

20

21

22

23

24

25

26

27

28

# ORDER

Good cause appearing and based upon the foregoing Stipulation.

IT IS ORDERED that the following scheduling order will govern this matter, and the prior scheduling orders, including the April 28, 2016 Status Order.

1. The last day to complete discovery shall be August 22, 2017;

2. The last day to make initial expert witness disclosures shall be June 16, 2017; and,

3. The last day to make supplemental expert witness disclosures shall be July 7, 2017.

**IT IS SO ORDERED.**

Dated: 3/7/2017                                         /s/ John A. Mendez
                                                        JOHN A. MENDEZ
                                                        United States District Court Judge