**MORTGAGE RECOVERY LAW GROUP LLP**
PAUL A. LEVIN (State Bar No. 229077)
LAUREN M. GIBBS (State Bar No. 251569)
700 North Brand Boulevard, Suite 830
Glendale, California 91203
TELEPHONE: (818) 630-7900 FACSIMILE: (818) 630-7920
e-mail: paul.levin@mortgagerecoveries.com
lauren.gibbs@mortgagerecoveries.com
dana.clausen@mortgagerecoveries.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST PRIORITY FINANCIAL, INC., a California corporation,<br><br>Defendant. | Case No. 2:15-cv-02507-JAM/KJN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br>Judge John A. Mendez |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Federal Deposit Insurance Corporation as Receiver for AmTrust Bank and Defendant First Priority Financial, Inc., through their respective counsel, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own fees and costs incurred in connection with action. The parties further stipulate that this Court retain jurisdiction to enforce the terms of the executed settlement agreement, if necessary.

SO STIPULATED.

Dated: July 11, 2017    **MORTGAGE RECOVERY LAW GROUP LLP**

By: /s/ Lauren M. Gibbs
    Paul A. Levin
    Lauren M. Gibbs
Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for AmTrust Bank

Dated: July 11, 2017    **PATTON & SULLIVAN LLP**

By: /s/ Randy Sullivan
    RANDY SULLIVAN

Attorneys for Defendant
First Priority Financial, Inc.

**ORDER**

Pursuant to stipulation, this action is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. This Court shall retain jurisdiction to enforce the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: 7/11/2017 /s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge